**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

        *Plaintiff*

   v.

GEORGE ANDRIANOPOLOUS,

        *Defendant.*

Crim. No. 07-826 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

This matter comes before the Court on *pro se* defendant George Andrianopolous's letter request for appointment of counsel. [D.E. 32.] Andrianopolous's letter states that he wishes to have a lawyer appointed to him to address problems he claims to be having at the halfway house where he is completing the remainder of his sentence. [Id.]

The "right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). Andrianopolous has no "right" to appointed counsel as a result of his conviction and sentencing by this Court, and the Court is without jurisdiction to address the unspecified situation Andrianoplous raises in his letter. Good cause therefore appearing, Andrianopolous's request for the appointment of counsel is denied.

**SO ORDERED** this 4th day of January, 2012.

                                   /s/ Katharine S. Hayden
                              Katharine S. Hayden, U.S.D.J.