PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George Andrianopoulos      Cr.: 07-00826-001
    PACTS Number: 46357

Name of Sentencing Judicial Officer: Katharine Hayden

Date of Original Sentence: 04/07/09

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 48 months incarceration and 5 years supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/27/12

## PETITIONING THE COURT

[ ] To extend the term of supervision for    Years, for a total term of    Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall satisfy the amount of restitution due in monthly installments of not less than $25.00.

## CAUSE

We are requesting a modification of the court-ordered minimum payment of $250 a month based on the offender's current financial situation and his ability to pay.

Respectfully submitted,
By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 09/04/12

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/29/12
Date